United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGALZOOM.COM, INC.,

    Plaintiff,

    v.

ROCKET LAWYER, INC.,

    Defendant.

Case No. 15-mc-80003-NC

**TENTATIVE RULING ON MOTION TO COMPEL**

Re: Dkt. No. 1

    Plaintiff LegalZoom moves to compel the production of documents subpoenaed from non-party Google Inc. under Federal Rule of Civil Procedure 45. A hearing on this matter is scheduled for tomorrow afternoon in front of this Court.

    A party issuing a subpoena "must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." Fed. R. Civ. P. 45(d)(1). Moreover, the Court must limit discovery if it determines that the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(2)(C).

    Here, the Court's tentative view is to deny LegalZoom's motion to compel because LegalZoom has not taken reasonable steps to avoid imposing undue burden, and has not established the proportionality of its requests. *See Nalco Co. v. Turner Designs, Inc.*, No. 13-cv-02727 NC, 2014 WL 1311571, at *1 (N.D. Cal. Mar. 31, 2014) (denying motion to compel because subpoenaing party failed to take reasonable steps to avoid imposing undue burden) (citing Fed. R. Civ. P. 45(d)(1)); *see also In re NCAA Student-Athlete Name &*

Case No.: 15-mc-80003-NC

*Likeness Licensing Litig.*, No. 09-cv-01967 CW (NC), 2012 WL 629225, at *1 (N.D. Cal. Feb. 27, 2012) ("[B]ecause antitrust plaintiffs did not make reasonable attempts to avoid imposing an undue burden on the nonparties, sanctions against antitrust plaintiffs are warranted under Rule 45."); *Convolve, Inc. v. Dell, Inc.*, No. 10-cv-80071 WHA, 2011 WL 1766486, at *2 (N.D. Cal. May 9, 2011) (quashing subpoena and noting exhaustive definitions to words such as "documents" and "identify" serve to further broaden the scope of the subpoena unnecessarily).

**IT IS SO ORDERED.**

Dated:  February 24, 2015  _____
                                                    NATHANAEL M. COUSINS
                                                    United States Magistrate Judge

Case No.: 15-mc-80003-NC           2